# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHAEL YOUNG                                    Case No.: 07-11778

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

 1) The case was filed on 07/02/2007.

 2) This case was confirmed on 09/24/2007.

 3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

 4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

 5) The case was completed on 02/01/2012.

 6) Number of months from filing to the last payment:  55

 7) Number of months case was pending:  64

 8) Total value of assets abandoned by court order:  NA

 9) Total value of assets exempted: $     7,900.00

 10) Amount of unsecured claims discharged without payment $   30,631.24

 11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 24,363.69 |
| Less amount refunded to debtor | $      363.69 |
| **NET RECEIPTS** | $ 24,000.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $  2,814.00 |
| Court Costs | $       .00 |
| Trustee Expenses and Compensation | $  1,406.86 |
| Other | $       .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $  4,220.86 |
| Attorney fees paid and disclosed by debtor | $    686.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CARMAX AUTO FINANCE | SECURED | 7,873.00 | 7,981.61 | 6,500.00 | 6,500.00 | 932.07 |
| CARMAX AUTO FINANCE | UNSECURED | 1,373.00 | .00 | 1,217.00 | 304.25 | .00 |
| CITIFINANCIAL INC | SECURED | 34,857.00 | 34,704.44 | .00 | .00 | .00 |
| HSBC MORTGAGE CORP | SECURED | 181,756.00 | 180,136.55 | .00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 72.00 | 72.09 | 72.09 | 26.53 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,392.00 | 1,392.20 | 1,392.20 | 474.11 | .00 |
| CITIFINANCIAL | UNSECURED | 8,363.00 | 8,349.68 | 8,349.68 | 2,843.48 | .00 |
| COMMUNITY AMERICA CR | UNSECURED | 7,522.00 | 9,707.97 | 9,707.97 | 3,306.05 | .00 |
| COMMUNITY AMERICA CU | UNSECURED | 2,382.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 1,770.00 | 1,698.38 | 1,698.38 | 578.11 | .00 |
| JC PENNY | UNSECURED | 186.00 | 186.43 | 186.43 | 63.49 | .00 |
| RUSH DERMATOLOGY PAT | UNSECURED | 101.00 | NA | NA | .00 | .00 |
| VYRIDIAN REVENUE MAN | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| VYRIDIAN REVENUE MAN | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 179.00 | 1,493.26 | 1,493.26 | 508.53 | .00 |
| ROGERS & HOLLANDS JE | SECURED | 633.00 | 654.89 | .00 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 814.00 | 858.79 | 858.79 | 292.33 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,308.00 | 3,471.71 | 3,471.71 | 1,181.74 | .00 |
| SEARS/CBSD | UNSECURED | 2,264.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,686.00 | 1,767.50 | 1,767.50 | 601.64 | .00 |
| EAST BAY FUNDING | UNSECURED | 546.00 | 620.98 | 620.98 | 211.47 | .00 |
| VON MAUR | UNSECURED | 1,063.00 | 1,062.68 | 1,062.68 | 361.73 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 3,307.00 | 3,422.16 | 3,422.16 | 1,164.87 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Scheduled Creditors:

 Creditor                    Claim           Claim          Claim       Principal      Int.
  Name            Class      Scheduled       Asserted       Allowed      Paid          Paid

 WELLS FARGO FINANCIA  UNSECURED  1,055.00     1,069.49      1,069.49      364.04        .00
 ROUNDUP FUNDING LLC   UNSECURED  1,440.00          NA            NA          .00        .00
 WORLD FINANCIAL NETW  UNSECURED    161.00       189.99        189.99       64.70        .00
 DELL FINANCIAL SERVI  SECURED          NA       200.00           .00         .00        .00
 CITIFINANCIAL INC     SECURED          NA       577.50           .00         .00        .00
 CHRYSLER FINANCIAL S  SECURED          NA          .00           .00         .00        .00
 AMERICAN GENERAL FIN  SECURED          NA          .00           .00         .00        .00
 EAST BAY FUNDING      SECURED          NA     1,504.96           .00         .00        .00
 HSBC MORTGAGE CORPOR  OTHER          .00           NA            NA         .00         .00
 HSBC MORTGAGE SERVIC  OTHER          .00           NA            NA         .00         .00
 ARNETTE YOUNG         OTHER          .00           NA            NA         .00         .00
 ARNETTE YOUNG         OTHER          .00           NA            NA         .00         .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 6,500.00 | 6,500.00 | 932.07 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 6,500.00 | 6,500.00 | 932.07 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 36,580.31 | 12,347.07 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,220.86 |
| Disbursements to Creditors | $ | 19,779.14 |
| **TOTAL DISBURSEMENTS:** | $ | 24,000.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/24/2012                                          /s/ Tom  Vaughn
                                                             Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**